# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSHUA JEREMIAH GIPSON,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84551

**FILED**

JUN 09 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This pro se original postconviction petition for a writ of habeas corpus challenges a criminal conviction. An original petition in this court for a writ of habeas corpus is an improper method to challenge the conviction, as such a petition should be made in the district court in the first instance. NRS 34.738; NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court. If an application is made to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ.").

22-18430

Further, appellant has not provided this court with documentation supporting his claim for relief. NRAP 21(a)(4) (providing that a petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Joshua Jeremiah Gipson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk